**LEX DOMUS LAW**
Brandi M. Segura, Esq.
Nevada Bar No. 11710
5798 S. Durango, #105
Las Vegas, Nevada 89113
Telephone: (702) 340-9227
Facsimile: (702) 472-8605
Email: brandi@lexdomuslaw.com
*Attorneys for Plaintiffs Dorothy Reese, Jacqueline Jackson, and Yvette Williams*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DOROTHY REESE, an individual;
JACQUELINE JACKSON, an individual;
YVETTE WILLIAMS, an individual;

Plaintiffs,

v.

KARLA BAKER, an individual;

Defendant.

**Case No.: 2:26-cv-02005-APG-EJY**

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

Plaintiffs Dorothy Reese ("Reese"), Jacqueline Jackson ("Jackson"), and Yvette Williams ("Williams," and together with Reese and Jackson, "Plaintiffs"), by and through their counsel of record, Brandi M. Segura, Esq. of Lex Domus Law, LLC, and Defendant Karla Baker ("Defendant," and together with Plaintiffs, the "Parties"), by and through her counsel of record, Marcus R. Walker, Esq. of Smith & Shapiro, hereby stipulate and agree, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), as follows:

**RECITALS**

WHEREAS, on or about July 2, 2026, Plaintiffs filed their Complaint in this action against Defendant asserting causes of action for (1) conversion, (2) civil theft pursuant to NRS 41.580, (3) unjust enrichment, and (4) declaratory relief;

WHEREAS, the claims asserted in the Complaint arise from Plaintiffs' allegations that they are the rightful owners of a coin collection assembled over decades by their late father, Hilton T. Farmer, Sr., which was held in a custodial capacity by Defendant's late husband, Joseph Baker,

and thereafter retained by Defendant following Plaintiffs' demand for its return in or about May 2026 (the "Coin Collection");

WHEREAS, the Parties have amicably compromised and fully settled all claims asserted, or that could have been asserted, in this action, and have executed a written Receipt, Release, and Settlement Agreement; and

WHEREAS, Defendant does not admit any liability, and the Parties desire to dismiss this action in its entirety with prejudice.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the Parties, through their respective counsel, that:

1. This action, including any and all claims and causes of action asserted by Plaintiffs Dorothy Reese, Jacqueline Jackson, and Yvette Williams against Defendant Karla Baker, is hereby DISMISSED WITH PREJUDICE in its entirety.

2. Each Party shall bear her own attorneys' fees, costs, and expenses incurred in connection with this action.

3. The Court shall retain jurisdiction to enforce the terms of the Parties' Receipt, Release, and Settlement Agreement.

4. No trial date has been set, and this stipulation is not made for purposes of delay.

IT IS SO STIPULATED.

DATED this 14th day of October, 2026.

**LEX DOMUS LAW, LLC**

By: <u>*/s/ Brandi M. Segura*</u>
Brandi M. Segura, Esq.
Nevada Bar No. 11710
5798 S. Durango, #105
Las Vegas, Nevada 89113
Telephone: (702) 340-9227
Facsimile: (702) 472-8605
Email: brandi@lexdomuslaw.com
*Attorneys for Plaintiffs Dorothy Reese, Jacqueline Jackson, and Yvette Williams*

**SMITH & SHAPIRO**

By: <u>*/s/ Marcus R. Walker*</u>
Marcus R. Walker, Esq.
Nevada Bar No. 16768
3333 E. Serene Ave., Ste. 130
Henderson, NV 89074
Telephone: (702) 315-5033
Email: mwalker@smithshapiro.com
*Attorneys for Defendant Karla Baker*

**ORDER**

Based upon the foregoing Stipulation of the Parties, and good cause appearing, IT IS HEREBY ORDERED that the above-entitled action, including any and all claims asserted by Plaintiffs Dorothy Reese, Jacqueline Jackson, and Yvette Williams against Defendant Karla Baker, is DISMISSED WITH PREJUDICE in its entirety, with each Party to bear her own attorneys' fees and costs.

**IT IS SO ORDERED.**

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

DATED: October 19, 2026